AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BO LIU, )<br>        Plaintiff, )<br>)<br>)<br>  v. )<br>)<br>MICHAEL CHERTOFF, EMILIO T. GONZALES, )<br>EVELYN UPCHURCH, ROBERT S. MUELLER, )<br>        Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-116-F** |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Defendants' unopposed Motion to Dismiss is ALLOWED, and this action is DISMISSED without prejudice. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 17, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Bo Liu  
2108 Ramsgate Street  
Raleigh, NC 27603

Stephen A. West  
310 New Bern Ave., Suite 800  
Raleigh, NC 27601

September 17, 2007  
Date

DENNIS P. IAVARONE  
Clerk of Court

 /s/ Susan K. Enyart  
*(By) Deputy Clerk*

*Wilmington, North Carolina*